IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP VASQUEZ,<br><br>    Defendant. | CASE NO. 1:22-CR-00331-NODJ-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 15, 2022, be unsealed and become public record.

IT IS SO ORDERED.

Dated: __June 21, 2024__        /s/ *Erica P. Grosjean*
                                UNITED STATES MAGISTRATE JUDGE