**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
PHILLIP VASQUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PHILLIP VASQUEZ,<br><br>　　　　　Defendant | ) Case No.: 1:22-CR-00331-NODJ-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE THE DETENTION**<br>) **HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN, AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PHILLIP VASQUEZ, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the detention hearing currently set for Wednesday, July 24, 2024, at 2:00 p.m. be continued to Tuesday, July 30, 2024, at 2:00 p.m.

Counsel is requesting a continuance due to needing an admission into the Teen Challenge program however, counsel also needs additional time to qualify for enrollment, all parties are agreeable to said continuance. I have spoken to AUSA Justin Gilio, and he has no objection to continuing the detention hearing.  The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at

1  defendant's request on the basis of the Court's finding that the ends of justice served by taking

2  such action outweigh the best interest of the public and the defendant in a speedy trial.

3  //

4  //

5  //

6

7  **IT IS SO STIPULATED.**

8                                                                      Respectfully Submitted,

9  DATED: July 23, 2024                              */s/ Alexia Torres Stallings*
                                                                      ALEKXIA TORRES STALLINGS
10                                                                  Attorney for Defendant
                                                                      PHILLIP VASQUEZ
11

12

13 DATED: July 23, 2024                              */s/Justin Gilio*
                                                                      JUSTIN GILIO
14                                                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the detention hearing be continued to Tuesday, July 30, 2024, at 2:00 p.m. before the Duty Magistrate Judge. Time will excluded up to and including July 30, 2024 because the interests of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**July 23, 2024**__         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE