**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
PHILLIP VASQUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP VASQUEZ,<br><br>Defendant | Case No.: 1:22-CR-00331-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE, AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PHILLIP VASQUEZ, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the Status Conference currently set for Wednesday, June 11, 2025, at 1:00p.m., be continued to Wednesday, September 24, 2025, at 1:00pm.

Counsel is requesting a continuance due to currently being on maternity leave. Mrs. Torres Stallings will be unavailable until July 25, 2025. Additionally, counsel will need time to review the proposed plea agreement with Mr. Vasqez. I have spoken to AUSA Justin Gilio, and he has no objection to continuing the status conference. Counsel anticipates the matter will either be set for change of plea or a trial date will be set before the next court hearing.  The parties also

1 agree the delays resulting from the continuance shall be excluded in the interest of justice
2 pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a
3 continuance granted by the Court at defendant's request on the basis of the Court's finding that
4 the ends of justice served by taking such action outweigh the best interest of the public and the
5 defendant in a speedy trial.

6 //
7 //
8 //

10 **IT IS SO STIPULATED.**

11                                                                          Respectfully Submitted,

12 DATED: June 6, 2025                        */s/ Alekxia Torres Stallings*
13                                                                          ALEKXIA TORRES STALLINGS
                                                                            Attorney for Defendant
14                                                                          PHILLIP VASQUEZ

16 DATED: June 6, 2025                        */s/Justin Gilio*
                                                                            JUSTIN GILIO
17                                                                          Assistant U.S. Attorney

**ORDER**

The request is DENIED in PART and GRANTED in PART. IT IS SO ORDERED that the status conference currently set for June 11, 2025 at 1:00p.m., be continued until **August 27, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe** the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  <u>The Court will not grant further continuances, absent good cause, which will be narrowly construed, and will set a trial date at the next status conference if the case is not resolved in advance of that status hearing.</u> Alternatively, the parties may stipulate to the trial date, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, August 20, 2025.

IT IS SO ORDERED.

Dated:   **June 6, 2025**                         /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE