**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
PHILLIP VASQUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP VASQUEZ,<br><br>Defendant | Case No.: 1:22-CR-00331-DAD-BAM-3<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD, AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PHILLIP VASQUEZ, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing currently set for November 3, 2025, at 10:00 a.m. (See ECF Doc. 145) be continued to Monday, February 9, 2026, at 10:00 a.m.

Defense counsel has begun jury trial for the matter of *People v. Abel Juarez BF172055A,* and will be unavailable on the current change of plea date. I have spoken to AUSA Justin Gilio and it is my understanding he has no objection to this request for a continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

| | Respectfully Submitted, |
|---|---|
| DATED: October 23, 2025 | */s/ Alekxia Torres Stallings* |
| | ALEKXIA TORRES STALLINGS |
| | Attorney for Defendant |
| | PHILLIP VASQUEZ |
| | |
| DATED: October 23, 2025 | */s/Justin Gilio* |
| | JUSTIN GILIO |
| | Assistant U.S. Attorney |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the change of plea hearing currently set for November 3, 2025, at 10:00 a.m., is continued to Monday, February 9, 2026, at 10:00 a.m., in Courtroom 5 before District Court Judge Dale A. Drozd in Fresno and time is excluded through February 9, 2026 pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:  **October 23, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE