TORRES | TORRES STALLINGS
A LAW CORPORATION
ALEKXIA TORRES STALLINGS
SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
PHILLIP VASQUEZ, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  1:22-CR-00331-DAD-EPG-3** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TERMINATE LOCATION MONITORING** |
| PHILLIP VASQUEZ, JR., | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD, AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PHILLIP VASQUEZ, JR., by and through his attorney of record, ALEKXIA TORRES STALLINGS, and at the request of Pretrial Services, hereby moves that the court remove the location monitoring condition.

It is stipulated between all counsel and Pretrial Service Office Frank Guerrero, that PHILLIP VASQUEZ, JR., be released from the location monitor. AUSA JUSTIN GILIO is not opposed to the request. All prior orders are to remain in full force and effect.

//

//

//

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 11, 2022

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
PHILLIP VASQUEZ, JR

DATED: February 11, 2026

*/s/Justin Gilio*
JUSTIN GILIO
Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the conditions of Pretrial Supervision as to defendant Phillip Vasquez, Jr. are hereby amended and the location monitoring condition is removed. Defendant Vasquez must abide by all other terms and conditions of his release which remain in full effect.

IT IS SO ORDERED.

Dated: **February 11, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2