**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
PHILLIP VASQUEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:22-CR-00331-DAD-EPG-3 |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE THE SENTENCING** |
| | ) **HEARING** |
| PHILLIP VASQUEZ, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PHILLIP VASQUEZ, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, June 15, 2026, at 10:00 a.m. (See ECF Doc. 153) be continued to Monday, August 24, 2026, at 10:00 a.m.

It is defense counsel understanding that additional time is needed to complete the Presentence Investigation Report. Counsel has spoken to AUSA Antonio Pataca and he has no objection to continuing the sentencing hearing.

//

//

//

Stipulation and Order to Continue Sentencing Hearing

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 26, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
PHILLIP VASQUEZ

DATED: May 26, 2026

*/s/Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for Monday June 15, 2026, at 10:00 a.m. is continued to Monday, August 24, 2026, at 10:00 a.m., in Courtroom 5 in Fresno before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **May 26, 2026**                                  _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE